[No. 14340-2-II.   Division Two.   July 14, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE MEDERIOS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00082-6, Warren Chan, J., entered January 1, 1990. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.

[No. 15264-9-II.   Division Two.   July 14, 1993.]

SEATTLE-FIRST NATIONAL BANK, *Respondent*, v. CRATSENBERG-CENTEREX PARTNERSHIP, ET AL, *Defendants*, HARVEY MAYSE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-00511-6, Carol A. Fuller, J., entered August 7, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.

[No. 14838-2-II.   Division Two.   July 14, 1993.]

JERRY N. JOHNSON, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 89-2-00351-4, Grant S. Meiner, J., entered March 25, 1991. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem. Now published at 71 Wn. App. 326.